NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH ANN RUELAS, | ) | No. C 07-3041 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On June 12, 2007, Plaintiff filed a letter with the Court concerning the conditions of her confinement as a pretrial detainee at the San Francisco County Jail. Plaintiff's letter was opened as a new civil rights action pursuant to 42 U.S.C. § 1983. On that same day, the Court sent a notification to Plaintiff that she failed to pay the filing fee or submit a completed in forma pauperis application. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file a completed in forma pauperis application within thirty days. On July 3, 2007, Plaintiff filed a second letter with the Court, stating that she did not intend to open a civil case at this time. Plaintiff claims that she is not prepared to file a case at this time

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Ruelas041dis           1

1   and requests an attorney for assistance and a copy of the local rules for personal injury
2   claims.  See Plaintiff's Letter at 1.  The Court will forward a copy of the Court's civil
3   rights complaint form along with this order.  The Court cannot appoint an attorney to
4   assist Plaintiff at this time, as the Court has not yet reviewed the merits of Plaintiff's
5   claims.  The Court will dismiss the instant case without prejudice.  Plaintiff may file a
6   new civil rights action, on the enclosed form, if she decides to pursue her claims.

7   Accordingly, the instant case is DISMISSED without prejudice.  The Clerk shall
8   terminate any pending motions and close the file.  No filing fee is due.

9   IT IS SO ORDERED.

10  DATED: 8/29/07

    _____
    JEREMY FOGEL
    United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Ruelas041dis         2

1   A copy of this ruling was mailed to the following:

2

Deborah Ann Ruelas
3   2311022
San Francisco County Jail
4   425 7th Street
San Francisco, CA  94103

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.07\Ruelas041dis            3