NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN RUELAS, ) | No. C 07-3041 JF (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, ) | |
| Defendant. ) | |

The Court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/29/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.07\Ruelas041jud         1

1    A copy of this ruling was mailed to the following:

2

    Deborah Ann Ruelas
3    2311022
    San Francisco County Jail
4    425 7th Street
    San Francisco, CA  94103

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\cr.07\Ruelas041jud        2